**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

v.

JEFFEREY GRUBBS,
      *Defendant-Appellant.*

No. 03-10311

D.C. No.
CR-02-00164-1-
WBS

ORDER

On Remand From The United States Supreme Court

Filed December 27, 2007

Before: Betty B. Fletcher and Stephen Reinhardt,
Circuit Judges, and Jane A. Restani,* Judge.

---

## ORDER

In light of the Supreme Court's decision in *United States v. Grubbs*, 547 U.S. 90 (2006), this case is REMANDED to the district court for further proceedings.

---

*The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

16751

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.